| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Aldisert, Ruggero J. | 2. Court or Organization<br><br>Third Circuit | 3. Date of Report<br><br>06/21/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>120 Cremona Drive Suite "D"<br>Santa Babara<br>CA 93117-5511 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/03/2012 | Nat'l Institute of Trial Advocacy (Publication Royalties) | $3,568.01 |
| 2. 07/27/2012 | Nat'l Institute of Trial Advocacy (Publication Royalties) | $1,613.85 |
| 3. 04/23/2012 | Author House (Publication Royalties) | $127.00 |
| 4. 06/06/2012 | Author House (Publication Royalties) | $228.78 |
| 5. 09/07/2012 | Author House (Publication Royalties) | $167.92 |
| 6. 09/27/2012 | Carolina Academic Press (Publication Royalties) | $445.22 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Union Bank, formerly Santa Barbara Bank & Trust Co. | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | M | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Mid Atlantic Fin. Mgt. replaced Cantella & Co (IRA) 03/01/10 | B | Dividend | | | Sold | 09/25/12 | K | | Prior "O" wrong; "K" OK |
| 6. ---Davis New York Venture | A | Dividend | | | Sold | 09/25/12 | J | | |
| 7. ---Alliance Bernstein Balanced | A | Dividend | | | Sold | 09/25/12 | J | | |
| 8. ---Growth Fund America Inc. | A | Dividend | | | Sold | 09/25/12 | J | | |
| 9. --Pimco Global Multi-Asset | A | Dividend | | | Sold | 09/25/12 | J | | |
| 10. --Columbia Acorn, class C | A | Dividend | | | Sold | 09/25/12 | J | | |
| 11. --Invesco VanKampen Comstock, Class C | A | Dividend | | | Sold | 09/25/12 | J | | |
| 12. --PIMCO Commodity Real Return | A | Dividend | | | Sold | 09/25/12 | J | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. MUTUAL FUNDS | | | | | | | | | |
| 16. Gabelli Asset | A | Dividend | K | T | Sold (part) | 07/18/12 | J | B | |
| 17. Davis New York Venture | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Acorn Fund Cl A | A | Dividend | | | Sold | 05/12/12 | K | B | |
| 19. American Funds: Growth Fund of America | A | Dividend | | | Sold | 05/12/12 | K | C | |
| 20. Royce Total Return | A | Dividend | J | T | | | | | |
| 21. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 22. Alliance Bernstein Muni Income | A | Interest | L | T | Buy | 05/21/12 | L | | |
| 23. American Funds Fundamental Invs Inc F-1 | A | Dividend | K | T | | | | | |
| 24. PIMCO Unconstrained Bond A | A | Interest | K | T | | | | | |
| 25. Alger Fund-Capital Appreciaton | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 26. First Eagle Fund of America | A | Interest | K | T | Buy | 06/23/12 | K | | |
| 27. IVY Science & Tech Fd. | A | Dividend | K | T | Buy | 05/17/12 | K | | |
| 28. Invesco Van Kampen Comstock A | A | Dividend | | | Sold | 09/06/12 | K | A | |
| 29. Invesco Van Kampen High Yield Muni CA | A | Interest | | | Sold | 09/06/12 | K | | |
| 30. Pimco Emerging Local Bond A | A | Interest | J | T | Buy | 11/12/12 | J | | |
| 31. Pimco Investment Grade Corp Bond | A | Interest | J | T | Buy | 11/12/12 | J | | |
| 32. Invesco Van Kampen Convertible Securities | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 33. Templeton Global Bond Class A | A | Interest | J | T | Buy | 07/27/12 | J | | |
| 34. Franklin Floating Rate Daily Access, Class A | A | Interest | J | T | Buy | 07/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan US Equity A | A | Interest | K | T | Buy | 07/16/12 | K | | |
| 36. Alliance Berstein High Income Municipal A | A | Interest | K | T | Buy | 07/25/12 | K | | |
| 37. MFS Value A (USA) | A | Dividend | K | T | Buy | 03/12/12 | K | | |
| 38. Invesco Van Kampen Small Cap Value | A | Dividend | K | T | Buy | 04/12/12 | K | | |
| 39. Invesco Van Kampen Intermediate Muni Inc. | A | Interest | K | T | Buy | 06/25/12 | K | | |
| 40. Alliance Bernstein Muni CAA A | B | Interest | L | T | Buy | 06/25/12 | L | | |
| 41. Delaware Small Cap Fund | A | Interest | K | T | Buy | 03/22/12 | K | | |
| 42. American Funds Tax Exempt CA F | A | Interest | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. COMMON STOCKS | | | | | | | | | |
| 45. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 46. Bank of New York Melllon Corp | A | Dividend | K | T | | | | | |
| 47. General Electric | A | Dividend | K | T | | | | | |
| 48. Schlumberger LTD Antilles | A | Dividend | J | T | Buy | 03/01/12 | J | | |
| 49. Apple. Inc. | | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INVESTMENT CLUB Mission Impossible Partners | C | Dividend | L | T | | | | | |
| 53. ---Apple, Inc | A | Dividend | J | T | | | | | |
| 54. --Caterpillar Inc | A | Dividend | J | T | | | | | |
| 55. ---Deckers Outdoor | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 56. Cunmmins Inc. | A | Distribution | J | T | Buy | 06/06/12 | J | | |
| 57. Costco Wholesale Corp | A | Dividend | | | Sold | 03/15/12 | J | | |
| 58. Coca Cola Co. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 59. Marathon Oil Corp | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 60. Dow Chemical Co. | A | Dividend | J | T | Buy | 03/15/12 | J | A | |
| 61. Disney, Walt Co. | A | Dividend | J | T | Buy | 04/25/12 | J | | |
| 62. Fidelity Corporate Bond | A | Interest | J | T | Buy | 05/28/12 | J | | |
| 63. General Electric Co. | A | Dividend | J | T | Buy | 07/25/12 | J | | |
| 64. McDonalds Corp | A | Dividend | J | T | Buy | 07/25/12 | J | | |
| 65. Microsoft Corp | A | Dividend | J | T | | | | | |
| 66. Novo-Nordisk as ADR Each | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 67. Panera Bread Co. | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 68. SchlumbergerLimited Corp | A | Dividend | J | T | Buy | 09/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Gold Tr Gold SHS | | None | | | Sold | 10/15/12 | J | | |
| 70. | | | | | | | | | |
| 71. MONEY MARKET FUNDS | | | | | | | | | |
| 72. Fidelity Muni Money Market | A | Interest | L | T | | | | | |
| 73. FedFund Select Shares | A | Interest | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. LIFE INSURANCE POLICIES | | | | | | | | | |
| 77. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 78. Transarmerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 79. Penn Mutuial Whole Life | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 06/21/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In my previous report, I inadvertently omitted from Section VII. INVESTMENTS and TRUSTS the following assets "American Funds Tax Exempt CA F" and "SPDR Gold Tr Gold SHS."

I have now amended the Section.

Please refer to Line 42 for the status of "American Funds Tax Exempt CA F."

Please refer to Line 69 for the status of "SPDR Gold TR Gold SHS."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruggero J. Aldisert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544